IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| ROCHELLE A. LANGLEY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED PARCEL SERVICE, INC., *et al.*, <br><br> Defendants. | Case No. MJG 02-CV-1506 |

## ORDER

Upon consideration of the Joint Stipulated Motion to Further Modify Scheduling Order and the Memorandum in Support of Joint Stipulated Motion to Further Modify Scheduling Order, it is this ___ day of _____, 2002:

ORDERED, that Joint Stipulated Motion be and hereby is GRANTED, and it is hereby

ORDERED, that the Court's Scheduling Order of May 22, 2002 be and hereby is MODIFIED as follows:

(a)   the parties are permitted to conduct depositions of fact witnesses whose testimony would concern damages only until 30 days after the Court rules on any dispositive pretrial motions; and

- 2 -

(b)  a Rule 35 examination of Plaintiff Rochelle Langley may be conducted until 30 days after the Court rules on any dispositive pretrial motions.

The remainder of the deadlines in the Court's May 22, 2002 Scheduling Order and August 22, 2002 Modified Scheduling Order will remain unchanged.

_____
Marvin J. Garbis
United States District Judge