IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROCHELLE LANGLEY, et al.          :

          v.                      :          Case Number: MJG-02-CV-1506

UNITED PARCEL SERVICE, INC.       :
     et al.

**ORDER**

For the reasons stated in a telephone conference on Friday, November 22, 2002, and transcribed by a court reporter, it is this ___ day of November, 2002, **ORDERED**

1. That Plaintiffs' Motion to Modify Scheduling Order (Paper No. 14)is partially granted and partially denied;

2. That Defendants' Motion to Strike Plaintiffs' Motion to Modify Scheduling Order, or in the Alternative, Opposition to Motion to Modify Scheduling Order, and Request for Sanctions Against Plaintiff, and Counter-motion To Compel Discovery and for Sanctions Against Plaintiffs (Paper No. 15) is partially granted and partially denied;

3. That the parties will brief the issue of attorney fees relating to these motions according to the method and schedule set forth during the telephone conference; and

4. That the Clerk of the Court shall mail a copy of this Order to the parties.

_____
Paul W. Grimm
United States Magistrate Judge