IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

ROCHELLE A. LANGLEY, et al.      :

    Plaintiffs            :

                                         Case No.: MJG 02-CV-1506

v.                                :

UNITED PARCEL SERVICE, INC., et al. :

    Defendants            :

## ORDER

Upon consideration of the Plaintiffs' Motion for Enlargement of Time and [no] Opposition filed thereto, it is this _27th_ day of _November_, 2002, by the United States District Court for the District of Maryland,

ORDERED, that the Plaintiffs' Motion for Enlargement of Time be and the same hereby is GRANTED.

_____
JUDGE

Copies to:

William J. Howard, Esquire
HOWARD & MARCUS
4316 Hamilton Street
Hyattsville, MD 20781
Attorney for the Plaintiffs

Emmett F. McGee, Jr., Esquire
Jill S. Distler, Esquire
Brooks R. Amiot, Esquire
Piper Rudnick, LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Attorney for Defendant United Parcel Service, Inc.