IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROCHELLE E. LANGLEY, et al.      *

      Plaintiffs      *

      vs.                    *CIVIL ACTION NO. MJG-02-1506

                             *

UNITED PARCEL SERVICE INC.,
et al.                           *
      Defendants
*      *      *      *      *      *      *      *      *      *

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted summary judgment to Defendants.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants United Parcel Service, Inc. and Robert E. Mitchell against Plaintiffs Rochelle E. Langley and Todd G. Langley dismissing all federal claims with prejudice and all state law claims without prejudice with all assessable costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on Tuesday, 20 May, 2003.

                                                / s /
                                     Marvin J. Garbis
                         United States District Judge