IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
SOUTHERN DIVISION

| | |
|---|---|
| ROCHELLE A. LANGLEY *et al.*, | |
| Plaintiffs | |
| v. | Case No. MJG 02-CV-1506 |
| UNITED PARCEL SERVICE, INC., *et al.* | |
| Defendants | |

## BILL OF COSTS ITEMIZATION AND AFFIDAVIT

Defendant, United Parcel Service, Inc. ("UPS"), submits this itemization of costs and affidavit in support of its bill of costs filed herewith.

**I.    Transcript Fees (See Tab A)**

   A.    Deposition Transcripts

      1.    Depositions Noticed by Plaintiff

         Robert Mitchell
         Copy of Transcript          $193.05

      2.    Depositions Noticed by Defendant UPS

         a)  Rochelle Langley (July 31, 2002)
             Copy of Transcript          $579.60

         b)  Rochelle Langley (Aug. 2, 2002)
             Copy of Transcripts          $752.85

         c)  Todd Langley
             Copy of Transcripts          $160.65

         d)  Ronald Allen, Sr.
             Copy of Transcript          $406.35

|  | | |
|---|---|---|
| **Subtotal:** | | |
| **Copy of Transcripts** | **$2,092.50** | |

B.    Other Transcripts

　　　Hearing Transcript (11/22/02)　　　$50.00

　　　**Total Transcript Fees**　　　　　　　　　　**$2,142.50**

**II.    Witness Fees (See Tab B)**
**(Includes Statutory Witness Fee and Mileage)**

　　　Ronald Allen, Sr. - (Deposition)　　　$55.33

　　　**Total Witness Fees**　　　　　　　　　　　**$55.33**

**III.    Exemplification and Copying Costs (See Tab C)**

　　　UPS Motion for Summary Judgment
　　　(252 pages @ $.10 per page x 4 copies)　　　$100.80

　　　UPS Reply in Support of Motion for
　　　　Summary Judgment
　　　(29 pages @ $.10 per page x 4 copies)　　　$11.60

　　　**Total Exemplification and Copying Costs**　　　**$112.40**

**IV.    Total Costs Sought**　　　　　　　　　　**$2,310.23**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Dated: _May 29, 2003_

_____
Emmett F. McGee, Jr.
Piper Marbury Rudnick & Wolfe LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

Attorney for Defendant United Parcel Service, Inc.

**Exhibit A**

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax  (202) 861-3425

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 82489 | 01/31/2003 | 01-11071 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/20/2003 | LIVISH | MJG02CV1506 |

| CASE CAPTION |
|---|
| Langley, et al -v- United Parcel Service, Inc., et al |

| TERMS |
|---|
| Due upon receipt |

Emmett F. McGee, Jr., Esquire
Piper Rudnick, LLP
6225 Smith Avenue
Baltimore, MD 21209

```
1 CERTIFIED COPY OF TRANSCRIPT OF:          99 Pages            193.05
   Robert E. Mitchell                                            10.05
               Regular Delivery
                                           TOTAL   DUE   >>>>    203.10

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D.
We appreciate your business.
```

TAX ID NO.: 52-1684455                              (410) 580-3000   Fax  (410) 539-0489

*Please detach bottom portion and return with payment.*

Emmett F. McGee, Jr., Esquire
Piper Rudnick, LLP
6225 Smith Avenue
Baltimore, MD 21209

```
Invoice No.:  82489
Date       :  01/31/2003
TOTAL DUE  :     203.10


Job No.   :  01-11071
Case No.  :  MJG02CV1506
Langley, et al -v- United Parcel Ser
```

Remit To:   **L.A.D. Reporting Company**
            **1684 East Gude Drive**
            **Suite 201**
            **Rockville, MD 20850**

# INVOICE

## GORE BROTHERS
*Reporting & Video Company, Inc.*

### TOWSON REPORTING COMPANY

*115 W. Mulberry Street • Baltimore, MD 21201*
*(410) 837-3027 • FAX (410) 685-6361*
*Federal ID# 52-0845831*

EMMETT McGEE, ESQUIRE
PIPER RUDNICK, L.L.P.
6225 SMITH AVENUE
BALTIMORE, MARYLAND  21209-3600

August  8, 2002

Invoice# 10058621

Balance:    $585.35

Caption: LANGLEY V UPS

Scheduled: 07/31/02    Billed: 08/08/02
Reporter: PAULA J. ELIOPOULOS

| Charge Description | Amount |
|---|---|
| 184 PAGES @ $3.15 PER PAGE (ORIGINAL) | 579.60 |
| POSTAGE & HANDLING | 5.75 |

FOR THE DEPOSITION OF ROCHELLE A. LANGLEY,
TAKEN ON JULY 31, 2002.

P l e a s e   R e m i t   - - - >  Total Due:    $585.35

Please tear off stub and return with payment.

WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS

GORE BROTHERS REPORTING & VIDEO CO.
115 West Mulberry Street
Baltimore, MD  21201

INVOICE# 10058621

BALANCE$    585.35

*Accepting Visa, Mastercard and American Express*

# INVOICE

## GORE BROTHERS
*Reporting & Video Company, Inc.*

## TOWSON REPORTING COMPANY

115 W. Mulberry Street • Baltimore, MD 21201
(410) 837-3027 • FAX (410) 685-6361
Federal ID# 52-0845831

EMMETT McGEE, ESQUIRE
PIPER RUDNICK, L.L.P.
6225 SMITH AVENUE
BALTIMORE, MARYLAND   21209-3600

August 20, 2002

Invoice# 10058904

Balance:     $919.25

Caption: LANGLEY V UPS

Scheduled: 08/02/02     Billed: 08/20/02
Reporter: PAULA J. ELIOPOULOS

| Charge Description | Amount |
|---|---|
| 290 PAGES @ $3.15 PER PAGE (ORIGINAL) | 913.50 |
| POSTAGE & HANDLING | 5.75 |

FOR THE DEPOSITIONS OF T. LANGLEY (51 PAGES) AND
R. LANGLEY (VOLUME II, 239 PAGES)
TAKEN ON AUGUST 2, 2002.

P l e a s e   R e m i t   - - - >   Total Due:   $919.25

Please tear off stub and return with payment.

WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS

GORE BROTHERS REPORTING & VIDEO CO.
115 West Mulberry Street
Baltimore, MD  21201

INVOICE# 10058904

BALANCE$     919.25

*Accepting Visa, Mastercard and American Express*

# INVOICE

| | |
|---|---|
| **GORE BROTHERS** *Reporting & Video Company, Inc.* | TOWSON REPORTING COMPANY |

115 W. Mulberry Street • Baltimore, MD 21201
(410) 837-3027 • FAX (410) 685-6361
Federal ID# 52-0845831

JILL DISTLER, ESQ.
PIPER RUDNICK, L.L.P.
6225 SMITH AVENUE
BALTIMORE, MARYLAND 21209-3600

September 25, 2002

Invoice# 10059783

Balance:    $412.10

Caption: LANGLEY V UPS

Scheduled: 09/20/02    Billed: 09/25/02
Reporter: PAULA J. ELIOPOULOS

| Charge Description | Amount |
|---|---|
| 129 PAGES @ $3.15 PER PAGE (ORIGINAL) | 406.35 |
| POSTAGE & HANDLING | 5.75 |

FOR THE DEPOSITION OF RONALD BRICKERS ALLEN, SR.,
TAKEN ON SEPTEMBER 20, 2002.

P l e a s e   R e m i t   - - - >   Total Due:   $412.10

**Please tear off stub and return with payment.**

WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS

GORE BROTHERS REPORTING & VIDEO CO.
115 West Mulberry Street
Baltimore, MD 21201

INVOICE# 10059783

BALANCE$    412.10

*Accepting Visa, Mastercard and American Express*

# INVOICE

## GORE BROTHERS
### Reporting & Video Company, Inc.

## TOWSON REPORTING COMPANY

115 W. Mulberry Street • Baltimore, MD 21201
(410) 837-3027 • FAX (410) 685-6361
Federal ID# 52-0845831

EMMETT McGEE, ESQUIRE
PIPER RUDNICK, L.L.P.
6225 SMITH AVENUE
BALTIMORE, MARYLAND   21209-3600

November 26, 2002

**Invoice#** 10061333

**Balance:**      $65.00

**Re:** LANGLEY V UPS
   on 11/22/02 *by* PAULA J. ELIOPOULOS

| Charge Description | Amount |
|---|---|
| 25  PAGES @ $2.00 PER PAGE (COPY) | 50.00 |
| RATE REFLECTS 1 DAY DELIVERY | |
| POSTAGE & HANDLING***UPS OVERNIGHT*** | 15.00 |

FOR THE FILE:  JUDGE

SIGNED ORDER FORM.

RECEIVED DEC 0 2 2002

**P l e a s e   R e m i t   - - - >**   Total Due:    $65.00

**Please tear off stub and return with payment.**

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

GORE BROTHERS REPORTING & VIDEO CO.
115 West Mulberry Street
Baltimore, MD  21201

Invoice# 10061333

Balance$      65.00

**Accepting Visa, Mastercard and American Express**

**Exhibit B**

| INVOICE NUMBER | DATE | AMOUNT PAID | INVOICE DESCRIPTION |
|---|---|---|---|
| WITNE. 5487-659 | 08-29-02 | 55.33 | |

**PIPER RUDNICK LLP**

CHECK NO. 468915

**Piper Rudnick**
6225 Smith Avenue
Baltimore, MD 21209-3600

ALLFIRST
BALTIMORE, MD 21201

7-11
520

CHECK NO. 468915
DATE        09/04/02

AMOUNT
*********$55.33

VOID OVER $55.33

PAY

PAY ONLY **55 33** FIVE FIVE CTSCTS

TO THE
ORDER OF     **RONALD ALLEN**

Jeffrey F. Li

Piper Rudnick LLP ° In Illinois, Piper Rudnick, an Illinois General Partnership

⑆468915⑆ ⑉052000113⑉ 074⑈8148 5⑈

**Exhibit C**

# Piper Rudnick

6225 Smith Avenue
Baltimore, MD 21209-3600
410.580.3000  *fax* 410.580.3001

Fed ID #52-0616490

United Parcel Service of America
005487-000659                                                    Page    6
Invoice #1332797


Disbursements and Other Charges:


| 11/01/02 | E101 Copying | 53.40 |
| 11/01/02 | E101 Copying | 1.70 |
| 11/01/02 | E101 Copying | 8.80 |
| 11/01/02 | E101 Copying | 37.90 |
| 11/04/02 | E101 Copying | 31.20 |

# Piper Rudnick

6225 Smith Avenue
Baltimore, MD 21209-3600
410.580.3000  *fax* 410.580.3001

Fed ID #52-0616490

```
United Parcel Service of America
005487-000659                                          Page    7
Invoice #1332797




            Subtotal Disbursements and Other Charges          $284.08

                          Total This Invoice

                   Total Amount Due This Invoice



Cumulative Totals:
                              Fees        Disbursements        Total
Inception-to-Date
Year-to-Date
```

*Piper Rudnick LLP • In Illinois, Piper Rudnick, an Illinois general partnership*