IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROCHELLE E. LANGLEY, *et al* <br><br> Plaintiffs/Judgment-Debtors, <br><br> v. <br><br> UNITED PARCEL SERVICE, INC., *et al* <br><br> Defendant/Judgment-Creditor. | CIVIL ACTION NO. MJG-02-1506 |

## NOTICE OF SATISFACTION OF JUDGMENT

Defendant/Judgment-Creditor, United Parcel Service, Inc. ("UPS"), by its undersigned counsel, requests that the judgment entered against Plaintiffs/Judgment-Debtors, Rochelle E. Langley and Todd G. Langley, on July 15, 2003, awarding costs in favor of UPS in the amount of $1,673.05, be marked as SATISFIED.

Respectfully submitted,

/s/
Emmett F. McGee, Jr. (Federal Bar No. 08462)

DLA Piper US LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

*Counsel for Defendant/Judgment-Creditor,
United Parcel Service, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of October, 2007, the foregoing Notice of Satisfaction of Judgment was electronically filed with the Court.

/s/
Emmett F. McGee, Jr,
*Counsel for Defendant/Judgment-Creditor,
United Parcel Service, Inc.*

BALT1\4393344.1
ES18789 5487-67